## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:  Anthony Bouyer v. JR7 Worldwide Inc. et al

CASE NO:  2:20-cv-10140-DSF-PVC

| Matter | Time | Weeks before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length ___days) (**Tuesday**) | 8:30 am | | 11/09/21 | 11/09/21 | |
| Pretrial Conference, LR 16; Hearing on Motions in Limine (**Monday**) | 3:00 pm | 4 | 10/12/21 | 10/12/21 | |
| Trial Documents (Set Two) **All Trials:** Lodge Pretrial Conference Order, LR 167;  File Oppositions to Motions in Limine **Jury Trial Only:** File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions and Verdict forms | | 6 | 9/28/21 | 9/28/21 | |
| Trial Documents (Set One) **All Trials:** File Memo of Contentions of Fact and Law, LR 164; Exhibit & Witness Lists, LR 165, 6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission) **Court Trial Only:** Lodge Findings of Fact and Conclusions of Law; LR 52; File Summaries of Direct Testimony (optional) | | 7 | 9/21/21 | 9/21/21 | |
| Last day to conduct ADR Proceeding, LR 1615 | | 12 | 8/17/21 | 8/17/21 | |
| Last day to **hear** motions (except motion to amend pleadings or add parties and motions in limine), LR 7 (**Monday**) | | 14 | 8/03/21 | 8/03/21 | |
| Non-expert Discovery Cutoff | | 21+ | 6/15/21 | 6/15/21 | |
| Expert Disclosure (initial) | | | 5/11/21 | 5/11/21 | |
| Expert Disclosure (rebuttal) | | | 5/25/21 | 5/25/21 | |
| Expert Discovery Cutoff | | 21+ | 6/15/21 | 6/15/21 | |
| Last day to hear motion to amend pleadings or add parties (**Monday**) | | 32+ | 3/30/21 | 3/30/21 | |

LR 16-15 ADR Choice:  ☐ 1. USMJ          ☒ 3. Outside ADR (choice of Sayani Defendants)

☒

2. Attorney Settlement Panel (choice of Plaintiff)