Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JR7 WORLDWIDE INC., a California corporation; ZAHERALI E. SAYANI, an individual; KHERUN SAYANI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10140-DSF-PVC<br><br>Hon. Dale S. Fischer<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: November 4, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, as to JR7 Worldwide Inc., only. Each party shall bear his or its own costs and attorneys' expenses.

                                                          Respectfully submitted,

DATED : December 24, 2020      **MANNING LAW, APC**

                                                          By: /s/ *Joseph R. Manning, Jr.*
                                                               Joseph R. Manning, Jr.
                                                               Attorney for Plaintiff
                                                                Anthony Bouyer