Matthew J. Norris (SBN 257505)
NORRIS LAW GROUP, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443 4159
Facsimile: (310) 443 4220
Email:  mjnorris@norrislglaw.com

Attorneys for Defendants Zaherali E. Sayani
and Kherun Sayani

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JR7 WORLDWIDE INC., a California corporation; ZAHERALI E. SAYANI, an individual; KHERUN SAYANI, an individual; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. 2:20-cv-10140-DSF (PVCx)<br><br>**DECLARATION OF SAYANI DEFENDANTS' COUNSEL MATTHEW J. NORRIS RE: ORDER TO SHOW CAUSE AND COURT'S ORDER (DKT. # 22)**<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF MATTHEW J. NORRIS

I, Matthew J. Norris, hereby declare and state as follows:

1.     I am over the age of 18 and my firm and I are counsel for Defendants Zaherali E. Sayani and Kherun Sayani in this action.  I have personal knowledge of the

following facts, and if called upon as a witness, I could and would testify competently as to all of the following under oath.

2. I make this Declaration in response to the Court's Order (Dkt. # 22) requiring the same after the Joint Rule 26(f) Report ("Joint Report") submitted by Plaintiff and my clients (the "Sayani Defendants") was regrettably deficient.

3. Through this Declaration, as ordered, I hereby respectfully show cause why – and formally request that – neither side nor any counsel therefor be sanctioned for failing to comply with the Court's Order Setting Scheduling Conference.

4. I was personally responsible for meeting with opposing counsel to fashion the Joint Report.

5. I was also personally responsible for reviewing the Joint Report – which was prepared by Plaintiff's counsel – and ensuring its accuracy and compliance with the Court's Order Setting Scheduling Conference.

6. Plaintiff's counsel, per the Court's procedures, was responsible for filing the Joint Report and did so.

7. The Joint Report failed to comply with the Court's Order Setting Scheduling Conference because it did not account for setting three event dates on Mondays, instead setting those event dates for Tuesdays.

8. I am familiar with the Central District's procedures and should have noticed this issue of the incorrect dates when ensuring the accuracy of the Joint Report and its accuracy and compliance with the Court's orders.  I simply failed to notice, through unintended inadvertence occasioned by nothing other than the press of business before the holidays, that the Joint Report set these three events for Tuesdays when they should have been set for Mondays.

9. I apologize to the Court for this unintended oversight.

10. Earlier today, I communicated with counsel for Plaintiff, who had already identified the deficiencies in the Joint Report noted above and also

submitted a corrected Joint Report for my review, with the improper dates changed.

11. I approved the filing of the revised/corrected Joint Report, authorized Plaintiff's counsel to file it with my e-signature, and respectfully asked Plaintiff's counsel to do so.

12. I respectfully request that neither Plaintiff, nor the Sayani Defendants, nor any counsel in this matter be assessed any sanctions for this oversight, which, upon the filing of the revised Joint Report by Plaintiff, will have been corrected. I sincerely apologize to the Court for my role in this sequence of events.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2020, at Santa Susana, CA.

/s/Matthew J. Norris

_____
MATTHEW J. NORRIS

NORRIS LAW GROUP, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443 4159
Facsimile: (310) 443 4220
Email: mjnorris@norrislglaw.com

Attorneys for Defendants Zaherali E. Sayani and Kherun Sayani